# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO.    8:13-MJ-1478-T-EAJ                     DATE:   July 23, 2013

HONORABLE  ELIZABETH A. JENKINS                    INTERPRETER   N/A
                                                   LANGUAGE

UNITED STATES OF AMERICA                               AUSA Josephine Thomas
v.                                                 Government Counsel

KIMBERLY LIVELY                                        Edward Liebling, CJA
Defendant                                          Defense Counsel

COURT RPTR/TAPE  Digital                           DEPUTY CLERK Cathy Morgan

TIME    2:22 - 2:28                                COURTROOM        11A

## PROCEEDINGS: **INITIAL APPEARANCE**

|     |     |
| --- | --- |
| X | Deft provided w/copy of   Complaint |
| X | ARREST DATE:   July 23, 2013 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavit submitted for approval |
| X | CJA appointed for all purposes including trial |
| X | Govt position on detention - danger to community |
| X | Defendant does not contest detention at this time but reserves the right to revisit the issue of release by filing the appropriate motion. |
| X | Defendant waives preliminary examination |