**BOND RECOMMENDATION:   DETENTION**   KJMP/mr

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

KIMBERLY LIVELY

**WARRANT FOR ARREST**

CASE NUMBER: 8:13-mj-1478-T-EAJ

**To:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KIMBERLY LIVELY and bring her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging her with conspiracy to possess with the intent to distribute 50 grams or more of methamphetamine actual, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section(s) 846 and 841(b)(1)(A).

| ELIZABETH A. JENKINS | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |
| _[signature]_ | 7/22/13; Tampa, Florida |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $ _____   by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>7-23-13 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>7-23-13 | SA Michael Pullen | _[signature]_ Michael Pullen |