BOND RECOMMENDATION: DETENTION
AO 442 (Rev.5/85) Warrant for Arrest

KJMP/mr

# United States District Court

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

KIMBERLY LIVELY

WARRANT FOR ARREST

CASE NUMBER:

8:13 mj 1478 T Eaj

RECEIVED U.S. MARSHAL
2013 JUL 22 PM 3:49
MIDDLE DIST. OF FLORIDA TAMPA

**To:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KIMBERLY LIVELY and bring her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging her with conspiracy to possess with the intent to distribute 50 grams or more of methamphetamine actual, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section(s) 846 and 841(b)(1)(A).

ELIZABETH A. JENKINS
Name & Title of Judicial Officer

*[signature]*
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

7/22/13; Tampa, Florida
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

13 JUL 24 AM 11:17 FILED

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 7-23-13 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7-23-13 | SA Michael Pullen | *[signature]* Michael Pullen |