UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
  Plaintiff,

vs.         CASE NUMBER: 8:13-MJ-01478-EAJ

KIM LIVELY
  Defendant.
_____/

## MOTION FOR RECONSIDERATION OF DETENTION AND REQUEST FOR HEARING PURSUANT TO 18 U.S.C. SECTION 3142

  Defendant KIM LIVELY, by and through undersigned counsel, files this motion for a reconsideration of detention and request for hearing pursuant to 18 U.S.C. Section 3142. The Defendant requests a hearing for a determination if sufficient conditions exist for her release and in support would respectfully state:

  1. That the defendant is charged with a violation of Title 21 U.S.C., Sections 846 and 841(b)(1)(A); conspiracy to possess with the intent to distribute 50 grams or more methamphetamine actual.

  2. That at the defendant's initial appearance on July 23, 2013, the government requested detention, the defendant reserved and Magistrate Elizabeth A. Jenkins Ordered the defendant detained without bond. Magistrate Jenkins advised the defendant she may file a subsequent motion for release which is the subject of this filing (Doc. 6.)

  3. That the defendant has resided in Pinellas County, Florida since 2004.

  4. That the defendant, if released, will reside with Mr. Robert C. Hodge at 8325 Bay Pointe Drive, Apartment 701, Tampa, Florida 33615. Mr. Hodge has been apprised of the charges pending against the defendant.

  5. That the defendant is without financial means to post a property or cash bond (unless the court approves the defendant's contracting of a bail bonding agency), but would, however, sign a signature bond.

6. That the defendant is hopeful a combination of sufficient conditions could be fashioned to permit her pre-trial release.

WHEREFORE, the defendant, by and through undersigned counsel respectfully requests this motion be granted.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing motion for reconsideration of detention and request for hearing has been furnished by electronic mail to the office of United States Attorney, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602, this 29th day of July, 2013.

/S/ EDWARD LIEBLING

Edward Liebling, Attorney at Law
LIEBLING LAW, LLC
Florida Bar Number: 768472
35246 U.S. Hwy. 19 North, #261
Palm Harbor, FL 34684 (727) 725-3600
EMAIL: LAWFIRM1@TAMPABAY.RR.COM